**DISMISS and Opinion Filed April 16, 2024**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-23-00722-CV

**GREG PRIMUS AND KRISTI PRIMUS, Appellants**
**V.**
**LEGACY ACRES DEVELOPMENT, LLC AND AMONDO PERRY,**
**Appellees**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-06215**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Pedersen, III, and Justice Breedlove
Opinion by Chief Justice Burns

Before the Court is appellants' motion for nonsuit with prejudice which we construe as a motion to dismiss the appeal. We grant the motion and dismiss the appeal with prejudice. *See* TEX. R. APP. P. 42.1(a)(1).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

230722F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

GREG PRIMUS AND KRISTI
PRIMUS, Appellants

No. 05-23-00722-CV     V.

LEGACY ACRES DEVELOPMENT,
LLC AND AMONDO PERRY,
Appellees

On Appeal from the 14th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-22-06215.
Opinion delivered by Chief Justice
Burns. Justices Pedersen, III and
Breedlove participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees LEGACY ACRES DEVELOPMENT, LLC and AMONDO PERRY recover their costs of this appeal from appellants GREG PRIMUS AND KRISTI PRIMUS.

Judgment entered April 16, 2024